**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| KEVIN KERR (ALLAH), | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | 1:06-cv-420-SEB-VSS |
| | ) | |
| WARDEN MARK BEZY, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.    The present action was previously dismissed for lack of subject matter jurisdiction insofar as the documents filed herein could be thought to be a challenge to the petitioner's conviction. The petitioner was given a further period of time in which to supplement the prior filings by filing, if he elected to do so, papers pertinent to a prison disciplinary proceeding if that was the proceeding being challenged in this case. He filed no such papers. Instead, he filed a "supplement" on May 19, 2006, which can at best be termed unintelligible (because it appears to draw a connection between the validity of his conviction in federal court in Michigan and this court's authority to granted the requested writ of habeas corpus). The supplement filed on May 19, 2006, does not relate to any prison disciplinary proceeding and does not show whether or how the ruling in paragraphs 2-3 of the Entry of April 17, 2006, should be modified. Additionally, the supplement filed on May 19, 2006, does not independently set forth a viable basis for awarding the petitioner federal habeas corpus relief.

2.    Judgment consistent with this Entry and with the Entry of April 17, 2006, shall now issue.

**IT IS SO ORDERED.**

Date:   05/24/2006

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana