UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| KEVIN KERR (ALLAH), | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) | 1:06-cv-420-SEB-VSS |
| WARDEN MARK BEZY, | ) ) ) | |
| Respondent. | ) ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 05/24/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kevin Kerr (Allah)
Reg. No. 19272-039
United States Penitentiary
P.O. Box 12015
Terre Haute, IN 47808